UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesse Ventura  
a/k/a James G. Janos,

      Plaintiff,

v.

HarperCollins Publishers, LLC,

      Defendant.

Civil No. 14-4993 (JNE/FLN)

**ORDER STAYING ACTION**

The Court is in receipt of the parties' Stipulation dated January 21, 2015, which seeks to stay proceedings in this action [Docket No. 24].

IT IS HEREBY ORDERED:

1. All proceedings in this action are hereby stayed until such time as the Eighth Circuit reaches a decision in *Ventura v. Kyle*, No. 14-3786.

2. Within 14 days of the Circuit Court's Opinion, the parties will file a joint report with this court proposing a scheduling plan for going forward, if at all, with this matter; and

3. The stay imposed by this Court shall not remain in effect pending a ruling on any petition for rehearing or for a writ of certiorari filed by either of the Parties after the Circuit Court's Opinion has issued; and

4. Either of the Parties, for good cause, may move this Court for relief from the stay at any time.

Dated: January 22, 2015

                                                s/Joan N. Ericksen  
                                                JOAN N. ERICKSEN  
                                                United States District Judge